394 A.2d 608

Brian v. Brian, Appellant.

Argued June 13, 1978. Robert I. Whitelaw, with him Frank E. Hahn, Jr., for appellant; Alexander A. DiSanti, for appellee.

Decree affirmed.

JACOBS, P. J., and SPAETH, J., did not participate in the consideration or decision of this case.

394 A.2d 608

Commonwealth v. Brodzik et al., Appellants.

Argued June 16, 1978. Frank Brodzik and Harry Brodzik, appellants, in pro. per.; R. Williamson, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.